IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

C.R. BARD, INC.

    Plaintiff,

  v.

LIBERTY MUTUAL INSURANCE COMPANY

    Defendant

: CIVIL ACTION
:
: NO. 2:07-cv-1895 - JAG - MCA

<u>ORDER</u>

AND NOW, upon the request of the parties in this matter, *and to participate in mediation,* it is hereby ORDERED that the administrative stay of this matter is extended until December 31, 2008. ✱

BY THE COURT:

_____
Madeline Cox Arleo, Magistrate Judge

*The tel. conf. is adjourned from Oct. 20 to Dec. 8 at 3:30pm.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| Tina Holmes,<br><br>Plaintiff,<br><br>v.<br><br>Nationwide Credit, Inc.,<br><br>Defendant. | CASE No. 2:08-cv-03287-SDW-MCA<br><br>Judge: Wigenton<br>Magistrate Judge: Arleo<br><br>**(proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Upon good cause shown, *and with no opposition,* this Court finds that Attorney Richard John Meier, an active member in good standing of the bar of the Northern District of Illinois, whose business address and telephone number is: Macey & Aleman, P.C.; Sears Tower, Suite 5150; Chicago, IL 60606; (866) 339-1156, having applied in the above-entitled action for admission to practice in the United States District of New Jersey on a *pro hac vice* basis, representing Plaintiff Tina Holmes, is qualified for admission on a *pro hac vice* basis.

IT IS HEREBY ORDERED THAT the application is granted and that Attorney Richard Meier is admitted on a *pro hac vice* basis to represent Plaintiff Tina Holmes. Attorney Meier is instructed to remit $150.00 to the Clerk of this Court, if not already done so, and to make the required payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

**IT IS SO ORDERED**

Dated: Oct 9-08

Judge Arleo