**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

February 13, 2009

Jack L. Kolpen, Esq.
Fox Rothschild, LLP
Princeton Pike Corporate Center
997 Lenox Drive
Building 3
Lawrenceville, NJ 08648-2311

John C. Sullivan, Esq.
Post & Schell, P.C.
Four Penn Plaza
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103

**LETTER ORDER**

    Re:    **C.R. Bard, Inc. v. Liberty Mutual Insurance Co.**
             **Civil Action No. 07-1895 (JAG)**

Dear Counsel:

    An in person status conference is scheduled for **Friday, March 13, 2009 at 2:00 p.m.** Trial counsel are to be present at the conference.

        **SO ORDERED.**

                                      *s/Madeline Cox Arleo*
                                      **MADELINE COX ARLEO**
                                      **United States Magistrate Judge**

cc:    Clerk
       Hon. Joseph A. Greenaway, Jr., U.S.D.J.
       File